# EXHIBIT 1

Registration #:
Service Request #: █████



Emma Emma
919 South Winchester Blvd, Apt 453
San Jose, CA 95128 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

███████

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

For Photographs Published: ███████

**Title** _____

**Title of Group:** ███████
**Number of Photographs in Group:** ███████

• **Individual Photographs:** ███████

**Published:** ███████

• **Individual Photographs:** ███████

Page 1 of 8



Published:

- Individual Photographs:

Published:

- Individual Photographs:

Published:

- Individual Photographs:



Published: ████

- Individual Photographs: ████



Published: ████

- Individual Photographs: ████

Published: 

- Individual Photographs:

Published: 

- Individual Photographs:

**Published:**

- **Individual Photographs:**



**Published:**

- **Individual Photographs:**



Published:

**Completion/Publication** _____



Year of Completion:
Earliest Publication Date in Group:
Latest Publication Date in Group:
Nation of First Publication: United States



## Author

- Author: Wumei Lin
- Author Created: photographs
- Work made for hire: Yes
- Citizen of: China

## Copyright Claimant

Copyright Claimant: Shenzhen Daisili Commercial Co., Ltd.
A301, Building A and B, No. 1, Chuangjin, District 28, Dalang Community, Xin'an Street, Bao'an Distr, Shenzhen, 518000, China
Transfer statement: By written agreement

## Rights and Permissions

Organization Name: Shenzhen Daisili Commercial Co., Ltd.
Name: Wumei Lin
Email: 877217435@qq.com
Telephone: +8615989367146
Address: A301, Building A and B, No. 1, Chuangjin, District 28, Dalang Community, Xin'an Street, Baoan Distri
Shenzhen 518000 China

## Certification

Name: Wumei Lin
Date: August 01, 2024

Copyright Office notes: Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .

XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

Basis for Registration: Registration does not extend to any useful article depicted. Registration extends to deposited photograph only. 17 USC 101, 102 (a), and 113.