IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHENZHEN DAISILI COMMERCIAL CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, <br><br> Defendants. | Case No. 1:25-cv-03188-LAP <br><br> Magistrate Judge: Loretta A. Preska |

## [PROPOSED] ORDER OF DISCONTINUANCE

Plaintiff, Shenzen Daisili Commercial Co, LTD ("Shenzhen"), a private limited company organized in the country of China ("Plaintiff" or "Shenzhen") filed a Motion pursuant to Fed. R. Civ. P. 41 to voluntarily discontinue this action and dissolve the temporary restraining order by Order as to a certain Defendant. After reviewing the Motion and the accompanying record, this Court GRANTS Shenzhen's Motion as follows:

1. The Court's April 22, 2025 Temporary Restraining Order (Dkt. No. 7, 9) is hereby dissolved and vacated as to Defendant Midnight Enigma.

2. The $1,000 bond posted by Shenzhen shall remain with the Court until a final disposition of this case.

Dated:

June 30, 2025

SO ORDERED

_Loretta A. Preska_
Loretta A. Preska
United States District Judge

97650\324965069.v1