IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHENZHEN DAISILI COMMERCIAL CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, <br><br> Defendants. | Case No. 1:25-cv-03188-LAP <br><br> District Judge: Loretta A. Preska |

**ORDER OF DISCONTINUANCE**

Plaintiff, Shenzen Daisili Commercial Co, LTD ("Shenzhen"), a private limited company organized in the country of China ("Plaintiff" or "Shenzhen") filed a Motion pursuant to Fed. R. Civ. P. 41 to voluntarily discontinue this action and dissolve the preliminary injunction order by Order as to certain Defendants. After reviewing the Motion and the accompanying record, this Court GRANTS Shenzhen's Motion as follows:

1. The Court's June 2, 2025 Preliminary Injunction Order (Dkt. No. 14) is hereby dissolved and vacated as to Defendants Free Woman, Poetic Art, Oly Large Clothing, and Unnystar.

2. The $1,000 bond posted by Shenzhen shall remain with the Court until a final disposition of this case.

Dated: August 13, 2025

SO ORDERED

*Loretta A. Preska*

Loretta A. Preska
United States District Judge