# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHENZHEN DAISILI COMMERCIAL CO., LTD., | Case No. 1:25-cv-03188-LAP |
| Plaintiff, | District Judge: Loretta A. Preska |
| v. | |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, | |
| Defendants. | |

## ORDER OF DISCONTINUANCE

Plaintiff, Shenzen Daisili Commercial Co, LTD ("Shenzhen"), a private limited company organized in the country of China ("Plaintiff" or "Shenzhen") filed a Motion pursuant to Fed. R. Civ. P. 41 to voluntarily discontinue this action and dissolve the preliminary injunction order by Order as to certain Defendants. After reviewing the Motion and the accompanying record, this Court GRANTS Shenzhen's Motion as follows:

1. The Court's June 2, 2025 Preliminary Injunction Order (Dkt. No. 14) is hereby dissolved and vacated as to Defendant HMJFplus;

2. This action is discontinued with prejudice against Defendant HMJFplus; and,

3. The $1,000 bond posted by Shenzhen shall remain with the Court until a final disposition of this case.

The Clerk of the Court shall close dkt. no. 18.

Dated: September 16, 2025

SO ORDERED

*Loretta A. Preska*

Loretta A. Preska
United States District Judge